# Court of Appeals
# of the State of Georgia

ATLANTA, <u>July 10, 2012</u>

*The Court of Appeals hereby passes the following order:*

**A12D0445.  LEWIS PARKER WALKER v. SHELIA H. PERRY.**

Lewis Parker Walker's petition for mandamus was denied on March 12, 2012. Walker filed a direct appeal to the Supreme Court, which was dismissed for failure to follow discretionary application procedures.  Walker has now filed a "Motion for Out-Of-Time Discretionary Appeal" in this Court.  Because the case involves the denial of mandamus, we lack jurisdiction.

"[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised." (Citations and punctuation omitted.) *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). Because the Supreme Court has appellate jurisdiction in cases involving extraordinary remedies, this motion is TRANSFERRED to the Supreme Court. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); OCGA § 9-6-28.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, <u>07/10/2012</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*